AO 91 (Rev. 11/11)  Criminal Complaint

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America <br> v. <br> **Victor MUNOZ** <br> SSN: XXX-XX-8580 <br> DOB: XX/XX/1989 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) )  Case No.  22-MJ-927 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 23, 2022__ in the county of __Bernalillo__ in the _____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. §751 (a) | On or about the above date, Victor MUNOZ did escape from the custody of the Attorney General, or from an institution or facility in which he was confined by direction of the Attorney General, to wit: Dismas Charities Diersen Residential Re-entry Center. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jimmie Glisson, Deputy U.S. Marshal, USMS
*Printed name and title*

Electronically submitted and telephonically sworn.

Date: __06/03/2022__

_____
*Judge's signature*

City and state: __Albuquerque, NM__    Jerry H. Ritter, U.S. Magistrate Judge
*Printed name and title*

Criminal Complaint - Continued.

United States of America
         V.
Victor MUNOZ
SSN: XXX-XX-0850
DOB: XX/XX/1989

1. I, Jimmie GLISSON, a Deputy United States Marshal with United States Marshals Service, being duly sworn, deposes and states:

2. I am a Deputy United States Marshal with the United States Marshals Service (USMS), I have been employed with USMS since October of 2002. I am an investigative, or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 510, in that I am an officer of the United States who is empowered by law to conduct and investigate fugitive matters, domestic and foreign, to include federal, state and local fugitives as part of fugitive task forces.

3. Through the USMS, I attended the Basic Deputy United States Marshal Training Program and the Criminal Investigator Training Program at the Federal Law Enforcement Training Center. During these programs, I received instruction in and practiced the investigation of violations of federal law. Additionally, my training and experience has involved, among other things, being the primary lead investigator for hundreds of fugitive investigations/cases involving federal, state and local fugitives, to include the interviewing of defendants, witnesses and informants, as well as others who have knowledge of the location and whereabouts of fugitives.

4. I make this affidavit in support of the Criminal Complaint charging Victor MUNOZ with a violation of Title 18 U.S.C Section 751(a) in that Victor MUNOZ knowingly escaped from the custody of the Federal Bureau of Prisons (BOP) in which he was confined by the direction of a United States Judge. This affidavit is based upon my own knowledge, and my review of United States District Court records, official BOP records, and other law enforcement agencies. It is also based on discussions with officers from such agencies.

5. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

1. On September 16, 2008, within the Federal Court-Western District of Texas, in criminal case EP-07-CR-3283-DB, Victor MUNOZ was sentenced to 48 months for Bank Robbery (18 U.S.C. § 2113) and 84 months for Use of a Firearm During and in Relation to Crime of Violence (18 U.S.C. § 924(c)). The Court ordered that both counts in EP-07-CR-3283-DB to be served concurrently in the custody of the United States Bureau of Prisons

2. On July 27, 2010, within the District of New Mexico, in criminal case 1:07-CR-02530-001LH, Victor MUNOZ was sentenced to 180 months for two counts of Bank Robbery (18 U.S.C. § 2113). The Court ordered that this sentence was to be served consecutively to the aforementioned cause (EP-07-CR-3283-DB) out of the Western District of Texas.

3. The United States Federal Bureau of Prisons is part of the United States Department of Justice, which is headed by the United States Attorney General.

4. On March 16, 2022, Victor MUNOZ was placed at the Dimas Charities Diersen Residential Reentry Center (Diersen RRC) in Albuquerque by BOP to serve the last six months of his BOP custodial sentence. Upon intake, MUNOZ signed the Acknowledgement of Custody form that states "I understand that I am in the custody of the Attorney General of the United States. I further understand that leaving the RRC without permission of the Center Director or his/her authorized representative, shall be deemed an escape from the custody of the Attorney General."

5. On May 23, 2022, at approximately 06:50 pm, Diersen RRC staff observed Victor MUNOZ leave Diersen RRC without authorization. At that time MUNOZ did not have any authorization to depart Diersen RRC, either from the BOP, Diersen RRC staff, nor United States Probation.

6. On May 23, 2022, Victor MUNOZ was a BOP inmate, in the custody of the United States Attorney General and had not completed his BOP custodial sentence.

7. On May 23, 2022, at 6:55 pm, Diersen RRC notified BOP of the escape. On May 23, 2022, BOP notified the United States Marshals Service (USMS). Per an existing Memorandum of Understanding, the United States Marshals Service is authorized to enter BOP escapees into the National Crime Information Center (NCIC) and conduct fugitive investigations to locate and apprehend BOP escapees. On May 23, 2022, Victor MUNOZ was entered into NCIC as an escapee, with the intended purpose to locate and apprehend Victor MUNOZ.

8. On May 23, 2021, your Affiant, as his capacity as a Deputy United States Marshal, was assigned to locate and arrest of Victor MUNOZ.

9. Based upon these facts, your Affiant opines there is probable cause to believe that Victor MUNOZ did knowingly and willfully Escape from the Custody of the United States Attorney General, or an authorized representative, institution or facility in which he was confined by direction of the Attorney General, in violation of 18 U.S.C. § 751.

Respectfully submitted,

Jimmie Glisson
Deputy United States Marshal
USMS

Electronically submitted and telephonically sworn
on June 3, 2022:

_____
UNITED STATES MAGISTRATE JUDGE