# UNITED STATES DISTRICT COURT
для the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Victor MUNOZ | ) | Case No. 22-MJ-927 |
| SSN: XXX-XX-8580 | ) | |
| DOB: XX/XX/1989 | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Victor MUNOZ ,
who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☑ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. § 751 - Escape

Date: 06/03/2022

*Issuing officer's signature*

City and state: Albuquerque, NM

Jerry H. Ritter, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/3/2022 , and the person was arrested on *(date)* 6/3/2022
at *(city and state)* Albuquerque, NM .

Date: 6/3/2022

*Arresting officer's signature*

Jim Glisson, Deputy U.S. Marshal
*Printed name and title*

Already in Custody