IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) MJ 22-0927 JHR |
| **VICTOR MUNOZ**, | ) |
| Defendant. | ) |

**ORDER TOLLING SPEEDY TRIAL TIME COMPUTATION**

The Court, having reviewed the Defendant's Waiver of Grand Jury Presentment, Doc. 14, finds the ends of justice served by allowing the request to toll the speedy indictment computation. The Court finds that the requested waiver outweighs the interests of both the Defendant and the public in a speedy indictment. The Court finds that tolling the speedy indictment computation will substantially increase the likelihood that the parties reach a settlement in this case that would avoid the need for a trial. The Court finds that the public's interest in a speedy indictment is outweighed by: 1) the public's interest in the potential for pre-indictment resolution of this case, which would result in a quicker resolution of the case and would spare judicial, prosecutorial, defense, and law enforcement resources that would be expended if this case proceeded to trial; and 2) the potential benefit conferred upon the Defendant in reaching an expedited resolution of the case. *See* 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that a period of time not to exceed an additional 90 days, for a total of 120 days, is hereby excluded from the speedy indictment time computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

_____
UNITED STATES MAGISTRATE JUDGE