IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Mag. No. 22-MJ-00927 |
| ) | |
| vs. ) | |
| ) | |
| VICTOR MUNOZ, ) | |
| ) | |
| Defendant. ) | |

## THIRD WAIVER OF GRAND JURY PRESENTMENT

1. I, Victor Munoz, the above-named Defendant, understand that I have the right under 18 U.S.C. § 1361(b) to have an information or indictment filed against me on the charges brought by the United States within 30 days from the date of my arrest in connection with the charges. I was arrested on June 3, 2022.

2. On June 16, 2022, I filed a Waiver of Grand Jury Presentment to continue the grand jury presentment of this case for an additional 90 days, for a total of 120 days. (Doc. 14.)

3. On July 8, 2022, the Honorable Steven C. Yarbrough, United States Magistrate Judge for this District, entered an order tolling the speedy trail time computation by 90 days, for a total of 120 days. (Doc. 15.)

4. On September 29, 2022, I filed a second Waiver of Grand Jury Presentment to continue the grand jury presentment of this case for an additional 60 days, for a total of 180 days. (Doc. 16.)

5. On September 30, 2022, the Honorable Steven C. Yarbrough, United States Magistrate Judge for this District, entered an order tolling the speedy trail time computation by an additional 60 days, for a total of 180 days. (Doc. 17.)

6. Having discussed my speedy trail right with my attorney, and understanding the nature of this right, I hereby knowingly, freely, and voluntarily waive the right to have an indictment or information filed within 30 days of my arrest, in exchange for pre-indictment discovery and to continue pre-indictment plea negotiations. I have also recently executed a plea agreement and requested a change of plea hearing through counsel.

7. I hereby request an additional continuance of the Grand Jury presentment of this case for an additional 30 days—in addition to the already waived 180 days (*see* Docs. 14-17)—for a total of 210 days. I understand there will be a 210-day period of excludable time for the purpose of determining compliance with the speedy indictment provision for 18 U.S.C. § 6131(b). I further request that an order be entered providing that this time period shall be excluded from speedy indictment time computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

8. If I cannot reach an agreement with the United States Attorney's Office, I understand that my case will be presented to a Grand Jury at a later date.

X_____
VICTOR MUNOZ
Defendant

Date: November 29, 2022

I have reviewed the foregoing document with my client and represent to the Court that he understands it. I further represent that I believe it is in my client's best interest to agree to a waiver of Grand Jury presentment.

_____
TODD. J. BULLION
Attorney for Defendant

Date: November 29, 2022